1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT
11                         SOUTHERN DISTRICT OF CALIFORNIA
12
13  CURTIS FARBER,                    )   Civil No. 11-cv-1833-L(RBB)
                                      )
14              Plaintiff,            )   **ORDER GRANTING JOINT**
                                      )   **MOTION TO REMAND [DOC. 7]**
15  v.                                )
                                      )
16  ARCH SPECIALTY INSURANCE          )
    COMPANY,                          )
17                                    )
                Defendant.            )
18                                    )

19       Pending before the Court is the parties' joint motion to remand this case to the Superior
20  Court of the State of California for the County of San Diego – North County ("San Diego
21  Superior Court"), the court in which this case was originally filed. Having read and considered
22  the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. 7.)
23       Accordingly, the Court **HEREBY**:
24       (1)   **VACATES** the stay on this case;
25       (2)   **VACATES** the hearing date for Plaintiff's Motion to Remand presently set for
26             October 31, 2011 at 10:30 a.m.; and
27       (3)   **REMANDS** this case to the San Diego Superior Court.
28  //

The Clerk of the Court shall mail a certified copy of this Order to the San Diego Superior Court.

**IT IS SO ORDERED.**

DATED: September 19, 2011

M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL