UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS FARBER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Civil No. 11-cv-1833-L(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND [DOC. 7]** |

　　　　Pending before the Court is the parties' joint motion to remand this case to the Superior Court of the State of California for the County of San Diego – North County ("San Diego Superior Court"), the court in which this case was originally filed.  Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion.  (Doc. 7.)

　　　　Accordingly, the Court **HEREBY**:

　　　　(1)　　**VACATES** the stay on this case;

　　　　(2)　　**VACATES** the hearing date for Plaintiff's Motion to Remand presently set for October 31, 2011 at 10:30 a.m.; and

　　　　(3)　　**REMANDS** this case to the San Diego Superior Court.

//

Case 3:11-cv-01833-L-RBB   Document 8   Filed 09/19/11   PageID.310   Page 2 of 2

The Clerk of the Court shall mail a certified copy of this Order to the San Diego Superior Court.

**IT IS SO ORDERED.**

DATED: September 19, 2011

                                                         *M. James Lorenz*
M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL